The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA PARKER-BUSH, individually, and as Personal Representative of the ESTATE OF MICHAEL R. BUSH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-00830-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**Noted for Consideration:**<br>**February 2, 2023** |

## **JOINT STIPULATION**

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims, and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
2:22-cv-00830-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

DATED this 2nd day of February, 2023.

        EDWARD H. MOORE, P.C.

*s/ Edward H. Moore*
EDWARD H. MOORE, WSBA No. 41584
LAW OFFICES OF EDWARD H. MOORE, P.C.
3600 15th Avenue W, Ste. 300
Seattle, WA 98119
Phone: 206-826-8214
Fax: 206-826-8221
Email: emoore@ehmpc.com

*Attorney for Plaintiff*

**SO STIPULATED**.

DATED this 2nd day of February, 2023.

NICHOLAS W. BROWN
United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMORE, FL No. 91922
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov
Email: whitney.passmore@usdoj.gov

*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL
2:22-cv-00830-RSM - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 3rd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
2:22-cv-00830-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970